# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-00879-01-PHX-JJT |
| Plaintiff, | |
| vs. | **ORDER** |
| George Swinfen Cottrell, | **(SEALED)** |
| Defendant. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Diane J. Humetewa. All future pleadings and papers submitted for filing shall bear the following complete case number: CR-16-00879-01-PHX-DJH.

DATED this 20th day of July, 2016.

_____
John J. Tuchi
United States District Judge

(cc: AUSA)