AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| United States of America | ) |
|---|---|
| v. | ) |
| George Swinfen Cottrell | ) Case No. 16cr466-1 |
| | ) |
| | ) Charging District's |
| Defendant | ) Case No. 16-00879-PHX-JJT |

☐ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

AUG 0 1 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Arizona,
(if applicable) Phoenix _____ division. The defendant may need an interpreter for this language: _____.

The defendant:   ☐ will retain an attorney.
                 ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 7-29-16

_M. David Weisman_
Judge's signature

M. David Weisman
Printed name and title

2016 JUL 29 PM 2:31

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No: 16 CR 466 |
| v. | ) | Magistrate Judge: M. David Weisman |
| George S. Cottrell, | ) | |
| Defendant. | ) | |

### ORDER

Detention hearing held. The Government orally moves for removal in custody. Based on the Court's findings, the government's oral motion for removal in custody is granted as the Court finds that the defendant poses a serious risk of flight and no condition or set of conditions will reasonably assure defendant's appearance in the District of Arizona. See 18 U.S.C. §3142(e). The Court's order is without prejudice to the defense raising the issue of release on bond when he appears in Court in the District of Arizona. The government shall prepare a proposed order reflecting the Court's findings and conditions of confinement. See 18 U.S.C. §3142(i). Government counsel is requested to submit the proposed order to defense for his review and then submit a so-called redline version of the proposed order to the Court. Terminated defendant George Swinfen Cottrell. Order defendant removed in custody of the U.S. Marshals to the District of Arizona, Phoenix Division, for further proceedings.

T: (00:32)

Date: July 29, 2016

_M. David Weisman_
M. David Weisman
United States Magistrate Judge

2016 JUL 29 PM 2:31

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:16−cr−00466
Honorable M. David Weisman

George Swinfen Cottrell

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2016:

MINUTE entry before the Honorable M. David Weisman as to George Swinfen Cottrell: By agreement, detention hearing set for 7/28/16 is stricken and reset to 7/29/16 at 9:00 a.m. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 16 CR 466 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| George S. Cottrell, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Initial appearance held. Defendant George S. Cottrell appeared in response to arrest on 7/22/16. Defendant advised of his rights under Fed. R. Crim. P. 5 and 20. The government has not agreed to proceed in this district with charges, and therefore, the defendant will answer the charges in the District of Arizona. Defendant advised of his right to an identity hearing, and has waived an identity hearing. Defendant advised of his right to have the United Kingdom consulate notified of his arrest (Fed. R. Crim. P. 5(d)(1)(F)). The government advises that the consulate was notified the morning of July 23, 2016. The government oral motion to unseal the pending indictment from the District of Arizona is denied. Because the indictment is sealed in another district, this Court has no authority to unseal it. Detention hearing set for 3:30 p.m. on July 25, 2016 before this Court. Jeffrey Meyer of the Federal Defender's Office appointed to represent defendant for proceedings before this Court on July 23, 2016, and if defendant seeks continued representation by the Federal Defender's Office, counsel will present a financial affidavit for the Court's consideration. Defendant shall remain in federal custody pending the detention hearing or until further order of the Court.

Date:   July 23, 2016

_M. David Weisman_
M. David Weisman
United States Magistrate Judge

2016 JUL 25 PM 5:55

TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:16-cr-00466-1

Case title: USA v. Cottrell  
Other court case number: CR-160879-PHX-JJT District of Arizona

Date Filed: 07/23/2016  
Date Terminated: 07/29/2016

Assigned to: Honorable M. David Weisman

### Defendant (1)

**George Swinfen Cottrell**  
*TERMINATED: 07/29/2016*  
also known as  
George Cotrel  
*TERMINATED: 07/29/2016*

represented by **Geoffrey McDonnell Meyer**  
Federal Defender Program  
55 E. Monroe St.  
Suite 2800  
Chicago, IL 60603  
(312) 621-8326  
Fax: (312) 621-8399  
Email: Geoffrey_Meyer@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
18:875D.F--Interstate communications - threats to persons

### Disposition

**Plaintiff**

**USA**   represented by   **Christine M O'Neill**
United States Attorney's Office
219 S. Dearborn Street
5th Floor
Chicago, IL 60604
(312) 353-4305
Email: christine.oneill2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/22/2016 | | ARREST of defendant George Swinfen Cottrell (yap, ) (Entered: 07/26/2016) |
| 07/23/2016 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable M. David Weisman as to George Swinfen Cottrell (1) (yap, ) (Entered: 07/26/2016) |
| 07/23/2016 | | ORAL MOTION by USA to unseal the pending indictment from the District of Arizona as to George Swinfen Cottrell (yap, ) (Entered: 07/26/2016) |
| 07/23/2016 | 2 | ORDER as to George Swinfen Cottrell: Initial appearance held. Defendant George S. Cottrell appeared in response to arrest on 7/22/2016. Defendant advised of his rights under Fed. R. Crim. P. 5 and 20. The government has not agreed to proceed in this district with charges, and therefore, the defendant will answer the charges in the District of Arizona. Defendant advised of his right to an identity hearing, and has waived an identity hearing. Defendant advised of his right to have the United Kingdom consulate notified of his arrest (Fed. R. Crim. P. 5(d)(l)(F)). The government advises that the consulate was notified the morning of July 23, 2016. The government oral motion to unseal the pending |

| | | |
|---|---|---|
| | | indictment from the District of Arizona is denied. Because the indictment is sealed in another district, this Court has no authority to unseal it. Detention hearing set for 3:30 p.m. on July 25, 2016 before this Court. Jeffrey Meyer of the Federal Defender's Office appointed to represent defendant for proceedings before this Court on July 23, 2016, and if defendant seeks continued representation by the Federal Defender's Office, counsel will present a financial affidavit for the Court's consideration. Defendant shall remain in federal custody pending the detention hearing or until further order of the Court. Signed by the Honorable M. David Weisman on 7/23/2016. Mailed notice (yap, ) (Entered: 07/26/2016) |
| 07/23/2016 | 3 | ATTORNEY Appearance for defendant George Swinfen Cottrell by Geoffrey McDonnell Meyer. (yap, ) (Entered: 07/26/2016) |
| 07/25/2016 | 4 | ORDER Appointing Counsel Geoffrey M. Meyer as to George Swinfen Cottrell. Signed by the Honorable M. David Weisman on 7/25/2016. (yap, ) (Entered: 07/26/2016) |
| 07/25/2016 | 5 | FINANCIAL Affidavit filed by George Swinfen Cottrell (SEALED). (yap, ) (Entered: 07/26/2016) |
| 07/25/2016 | | ORAL MOTION by George Swinfen Cottrell to continue detention hearing (yap, ) (Entered: 07/26/2016) |
| 07/25/2016 | 6 | ORDER as to George Swinfen Cottrell: Detention hearing held. The court finds the Defendant is unable to afford counsel. Enter Order Appointing Geoffrey M. Meyer of the Federal Defender Program as Counsel for Defendant. Defendant's oral motion to continue detention hearing is granted. Detention hearing set for 7/28/16 at 12:00 p.m. Signed by the Honorable M. David Weisman on 7/25/2016. Mailed notice (yap, ) (Entered: 07/26/2016) |
| 07/27/2016 | 7 | MINUTE entry before the Honorable M. David Weisman as to George Swinfen Cottrell: By agreement, detention hearing set for 7/28/16 is stricken and reset to 7/29/16 at 9:00 a.m. Mailed notice (ao,) (Entered: 07/27/2016) |
| 07/29/2016 | | ORAL MOTION by USA for removal in custody as to George Swinfen Cottrell (yap, ) (Entered: 08/01/2016) |
| 07/29/2016 | 8 | ORDER as to George Swinfen Cottrell; Detention hearing held. The Government orally moves for removal in custody. Based on the Court's findings. the government's oral motion for removal in custody is granted as the Court finds that the defendant poses a serious risk of flight and no condition or set of conditions will reasonably assure defendant's appearance in the District of Arizona. See 18 U.S.C. §3142(e). The Cou1l's order is without prejudice to the defense raising the issue of release on bond when he appears in Court in the District of Arizona. The government shall prepare a proposed order reflecting the Court's findings and conditions of confinement. See 18 U.S.C. §3142(i). Government counsel is requested to submit the proposed order to defense for his review and then submit a so-called red line version of the proposed order to the Court. Terminated defendant George Swinfen Cottrell. Order defendant removed in custody of the U.S. Marshals to the District of Arizona, Phoenix Division, for further proceedings. (Terminated defendant George Swinfen |

| | | |
|---|---|---|
| | | Cottrell). Signed by the Honorable M. David Weisman on 7/29/2016. Mailed notice (yap, ) (Entered: 08/01/2016) |
| 07/29/2016 | 9 | DETENTION ORDER as to George Swinfen Cottrell 8 . Signed by the Honorable M. David Weisman on 7/29/2016. (yap, ) (Entered: 08/01/2016) |
| 07/29/2016 | 10 | COMMITMENT ORDER TO ANOTHER DISTRICT as to George Swinfen Cottrell. Signed by the Honorable M. David Weisman on 7/29/2016. (yap, ) (Entered: 08/01/2016) |
| 08/01/2016 | 11 | CERTIFIED and Transmitted to Phoenix, AZ the complete record consisting of Transmittal letter, Order transferring case, Commitment to another district and certified copy of docket entries as to George Swinfen Cottrell. (yap, ) (Entered: 08/01/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/01/2016 16:36:17 | | | |
| PACER Login: | ud1540:4260067:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:16-cr-00466 |
| Billable Pages: | 3 | Cost: | 0.30 |