JOHN S. LEONARDO
United States Attorney
District of Arizona
JAMES R. KNAPP
Assistant U.S. Attorney
Arizona State Bar No. 021166
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: james.knapp2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR- 16-0879-PHX-DJH |
|---|---|
| Plaintiff, | **GOVERNMENT'S MOTION TO UNSEAL CASE AND INDICTMENT** |
| vs. | (Under Seal) |
| George Swinfen Cottrell, | |
| Defendant. | SEALED |

The United States moves the Court to unseal this matter, including the Indictment (ECF No. 3). Defendant George Cottrell was arrested July 22, 2016, in Chicago, Illinois, and has already had his initial appearance on the charges. *See* CR 16-0466 (N.D. Ill.). As a result, there is no longer a need for the case or the Indictment to be sealed.

It is not anticipated that this Motion will result in any excludable delay under 18 U.S.C. § 3161.

Respectfully submitted this ____1st____ day of August, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

JAMES R. KNAPP
Assistant U.S. Attorney