# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-00879-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| George Swinfen Cottrell, | **(SEALED)** |
| Defendant. | |

Pursuant to the United States Motion to Unseal Case and Indictment (Doc. 12) and good cause appearing,

**IT IS ORDERED granting** the Motion to Unseal Case and Indictment (Doc. 12).

**IT IS FURTHER ORDERED** that this matter be unsealed, including the Indictment (Doc. 3).  This order need not remain sealed upon unsealing of the case.

The Court finds there is no excludable delay.

Dated this 5th day of August, 2016.

Honorable Diane J. Humetewa
United States District Judge

cc: AUSA