JOHN S. LEONARDO
United States Attorney
District of Arizona

GARY M. RESTAINO
Assistant U.S. Attorney
Arizona State Bar No. 017450
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004-4408
Telephone: 602-514-7500
Email: Gary.Restaino@usdoj.gov
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-16-00879-001-PHX-DJH |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF CO-COUNSEL** |
| vs. | |
| George Swinfen Cottrell, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN, in accordance with Criminal Local Rule 57.14 and Civil Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant U.S. Attorney Gary M. Restaino is added as co-counsel with Assistant U.S. Attorney James R. Knapp as attorneys for the United States in the above captioned matter.

Respectfully submitted this 9th day of August, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

 *s/Gary M. Restaino*
GARY M. RESTAINO
Assistant U.S. Attorney

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | I hereby certify that on the 9th day of August, 2016, I electronically transmitted the |
| 4 | attached document to the Clerk's Office using the CM/ECF System for filing. |
| 5 | |
| 6 | _s/Keona L. Ross_<br>U.S. Attorney's Office |