AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

RECEIVED
FILED
RECEIVED
2016 JUL 20 AM 10: 15
AUG 1 7 2016
CLERK U S DISTRICT
DISTRICT OF AZ
BY

United States of America
v.
George Swinfen Cottrell,

)
)      Case No.   CR-16-879-PHX-JJT
)
)
)
)

Defendant

## ARREST WARRANT

**SEALED**

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GEORGE SWINFEN COTTRELL,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18:1956(h)  - Conspiracy to Commit Money Laundering
18:1956(a)(3)(B) - Money Laundering
18:1341 - Mail Fraud
18:1343 - Wire Fraud
18:873 - Blackmail
18:875(d) - Interstate Communication with Intent to Extort

Date:   07/20/2016

*Issuing officer's signature*  M. Pruneau (for)

City and state:   Phoenix, Arizona

BRIAN D. KARTH, DCE/CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/20/2016, and the person was arrested on *(date)* 7/22/2016
at *(city and state)* Chicago, IL

Date: 8/16/2016

arrested by IRS

*Arresting officer's signature*

*Printed name and title*