# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-00879-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| George Cotrel, | |
| Defendant. | |

Pending before the Court is Defense Counsel's Motion for Substitution of Counsel (Doc. 19). Upon consideration of the motion,

**IT IS ORDERED granting** Defendant's Motion for Substitution of Counsel (Doc. 19).

**IT IS FURTHER ORDERED** that retained counsel, Michael D. Kimerer is hereby substituted as counsel of record in the above-entitled action, in place and stead of Assistant Federal Public Defender Zachary Cain, effective immediately.

The Court finds there is no excludable delay.

Dated this 2nd day of September, 2016.

Honorable Diane J. Humetewa
United States District Judge