Michael D. Kimerer, #002492
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, Arizona 85014
Telephone: (602) 279-5900
Facsimile: (602) 264-5566
Email: mdk@kimerer.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. 2:16-CR-00879-PHX-DJH |
|---|---|
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTION DEADLINES** |
| vs. | |
| George Cotrel, | (*First Requested Continuance*) (Defendant In Custody) |
| Defendant. | Honorable Diane J. Humetewa |

Defendant, George Cotrel, through his attorney Michael D. Kimerer, respectfully moves this Court to enter an order continuing the trial date of October 4, 2016, and extend the deadline to file pretrial motions accordingly. This Motion is made based on the following circumstances.

On July 19, 2016 Defendant George Cotrel was charged in a twenty-one (21) count indictment, alleging one (1) count of Conspiracy to Commit Money Laundering; one (1) count of Money Laundering; one (1) count of Blackmail; one (1) count of Interstate Communication with Intent to Extort; two (2) counts of Mail Fraud; and fifteen (15) counts of Wire Fraud. Specifically it is alleged that between

1 the dates of March 27, 2014 and September 30, 2014, Mr. Cotrel interacted with
2 undercover law enforcement agents who were posing as drug traffickers seeking
3 money laundering services.  Mr. Cotrel allegedly offered to launder the drug money
4 through his offshore bank accounts for a fee.  Mr. Cotrel is alleged to have conducted
5 these transactions through "black-market websites" which is a mechanism developed
6 to avoid law enforcement agencies and retains the anonymity of the parties
7 conducting the transaction.  Mr. Cotrel is accused of laundering drug proceeds
8 through his bank accounts on fifteen (15) separate occasions.

9 Further, Mr. Cotrel is thought to have devised a scheme to obtain money and
10 property by means of fraudulent pretenses and representations.  Mr. Cotrel is charged
11 with demanding bitcoins, which can be used to purchase items on black market
12 websites, from undercover agents threating to notify law enforcement of his
13 knowledge pertaining to drug trafficking if not paid approximately $80,000. All of
14 the alleged transactions are stated to violate laws including interstate and foreign
15 commerce, national and international banking and taxation laws.

16 On July 22, 2016 George Cotrel was arrested in Illinois and subsequently
17 transported to Arizona where his initial appearance and arraignment took place on
18 August 19, 2016.  Mr. Cotrel was ordered to be detained pending trial, and is housed
19 at CCA in Florence, Arizona.  This Court permitted defense counsel to substitute in
20 as Mr. Cotrel's attorney on September 2, 2016.

21
22
23

1   Defense counsel was provided immediately provided a large amount of
2   discovery from both the formerly appointed federal public defender and the
3   government.

4   On September 15, 2016 defense counsel was provided with additional
5   discovery materials from the Government consisting of another 800 pages of
6   documents. Time is needed to review those documents and go through them with
7   Mr. Cotrel, who is incarcerated at CCA in Florence. Given the magnitude of this
8   case it will be next to impossible to be prepared to go trial on October 4, 2016. It
9   may be necessary to designate this case as complex if a pretrial resolution cannot be
10  reached.

11  Additional time is necessary to allow all of the discovery to be obtained from
12  the government, and sufficient to review the discovery, complete an investigation
13  into the facts, and prepare for trial.

14  Pursuant to Local Rule 7.3(n), Defendant hereby advises the Court that this is
15  the first request for a continuance of the trial date in this matter. Counsel has
16  conferred with United States Assistant Attorney, James Knapp, concerning the
17  request for a continuance of the trial, and the government has no objection to this
18  request.

19  It is, therefore, respectfully urged that the ends of justice are best served if
20  adequate preparation for pretrial proceedings or for trial within the time limits set
21  forth in 18 U.S.C. § 3161(c) is permitted by this Court. This motion is made in good
22  faith and for good cause.

23

Therefore, for the foregoing reasons and there being no objection by the government, it is respectfully requested the current plea deadline, pretrial motion deadline and the trial be continued for a period of not less than ninety (90) days.

Excludable delay until Title 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) will occur as a result of this motion or from an order based thereon.

Respectfully submitted this 21st day of September, 2016.

**KIMERER & DERRICK, P.C.**

/s/ Michael D. Kimerer
Michael D. Kimerer
Attorneys for Defendant Cotrel

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2016, I electronically transmitted the foregoing Unopposed Motion to Continue Pretrial Deadlines and Trial to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to the following CM/ECF registrants:

James Richard Knapp
2 Renaissance Square
40 N Central Ave., Ste. 1200
Phoenix, AZ 85004-4408
Email: james.knapp2@usdoj.gov
Assistant US Attorney

Gary Michael Restaino
2 Renaissance Square
40 N Central Ave., Ste. 1200
Phoenix, AZ 85004-4408
Email: Gary.Restaino@usdoj.gov
Assistant US Attorney

By: /s/ Melissa Wallingsford

4