UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>George Cotrel,<br><br>Defendant. | No. 2:16-CR-00879-PHX-DJH<br><br>O R D E R<br>CONTINUING PRETRIAL MOTION<br>DEADLINE AND TRIAL<br>(*First Requested Continuance*)<br><br>(Honorable Diane J. Humetewa) |

Pursuant to Defendant's Motion to Continue Trial Date and Extend Time to File Pretrial Motions, with no objection from the Government, and for good cause appearing:

**IT IS ORDERED** granting the Defendant's Motion to Continue the Trial Date to the _____ day of _____, 2016, at _____ AM/PM.

**IT IS FURTHER ORDERED** continuing the Pretrial Motions Deadline to the ____ day of _____, 2016, at _____ AM/PM.

The Court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the attorney for defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence. 18 U.S.C. §3161 (h) (7) (B) (iv).

**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. §3161(h)(8)(B)(A) is found to commence on _____ for a total of _____ days.

DATED this ____ day of _____, 2016.

Honorable Diane J. Humetewa
United States District Court Judge