# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of Criminal Cases Set for Trial on **January 3, 2017** | **ORDER** |

The following cases are set for trial on **January 3, 2017** before the Honorable Diane J. Humetewa and have had at least two prior continuances of the trial date OR the initial appearance/arraignment was more than 90 days prior to the above-listed trial date:

CR-15-01589-PHX-DJH (USA v Lopez-Soto)

CR-16-00879-PHX-DJH (USA v Cotrel)

CR-16-01100-PHX-DJH (USA v Najm)

In order to properly administer the trial calendar, the Court will set a Status Conference.  Therefore, **IT IS ORDERED as follows:**

1. All trial counsel shall appear at a **Status Conference** on **December 21, 2016** at **2:00 p.m.**  No counsel will be excused from the conference until proceedings are concluded in all actions listed, and no substitution of counsel will be permitted.  The Court intends to set eligible cases for a FIRM TRIAL DATE or affirm the above-listed trial date.  The Court will establish a plea deadline and set a Final Pretrial Conference.  Counsel should be prepared to notify the Court whether the case is ready for trial and of counsel's availability for trial.  **Defendant(s) shall appear in person.**

2. Counsel shall, no later than **three (3) days prior** to the Status Conference, personally meet and confer to agree:

    a. Whether the case will proceed to trial or be resolved by a plea;

    b. What motions, if any, can be resolved by stipulation of counsel;

    c. What disputed motions, if any, will be filed and need to be resolved; and

    d. Whether either party has filed or anticipates filing motions in limine.

Counsel shall also, no later than **three (3) days prior** to the Status Conference:

    a. File all 404(b) notices and LRCrim 16.1 notices; and

    b. Resolve any discovery disputes.

**Counsel shall be prepared to discuss any remaining disputed issues at the Status Conference.**

3. If a plea agreement has been submitted with a request to set a change of plea hearing OR a motion to continue trial has been GRANTED by **Friday, December 16, 2016**, the Status Hearing for that Defendant will be vacated.

To confirm whether a Status Hearing has been vacated, counsel shall view this Court's calendar on the internet at **www.azd.uscourts.gov/calendars** or **e-mail** the courtroom deputy at **Liliana_Figueroa@azd.uscourts.gov**.

**All motions to continue trial and requests for a change of plea hearing must be received by the Court by December 16, 2016 to allow the Court time to rule and subsequently finalize its calendars.**

The Court finds there is no excludable delay.

Dated this 7th day of December, 2016.

_____
Honorable Diane J. Humetewa
United States District Judge