Michael D. Kimerer, #002492
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, Arizona 85014
Telephone: (602) 279-5900
Facsimile: (602) 264-5566
mdk@kimerer.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>GEORGE COTREL,<br><br>Defendant. | Case No. 16-CR-0879-01-PHX-DJH<br><br>**DEFENDANT'S MOTION FOR LEAVE TO LATE FILE CHARACTER LETTERS**<br><br>(The Honorable Diane J. Humetewa) |

Defendant, George Cotrel, by and through his attorney, Michael D. Kimerer, respectfully requests this Court permit Mr. Cotrel to submit 3 additional character letters after the time allotted by General Order 15-12. As grounds in support of this Motion, Mr. Cotrel states as follows:

Mr. Cotrel is currently set for sentencing on March 1, 2017. In preparation for sentencing, Mr. Cotrel was told he could provide character letters from people wishing to express their thoughts on Mr. Cotrel's character. Under General Order 15-12, Mr. Cotrel was required to submit all character letters at least five (5) business days prior to sentencing by submitting the letters to the probation department with copies to the Court and the United States Attorney. Mr. Cotrel was aware of the deadline under the General Order. Mr. Cotrel's family is located in the United

Kingdom and was not able to submit the letters earlier than today. On February 27, 2017, counsel received letters from several of Mr. Cotrel's family that they wish the Court to read prior to sentencing. Mr. Cotrel is seeking leave of Court to file the character letters provided by his family. Due to the fact sentencing is March 1, 2017, Mr. Cotrel has provided a copy of the letters to the Probation Department with copies to the Court and the United States Attorney in the event this Motion is granted.

Therefore, based on the foregoing, we are respectfully requesting that this Court permit Mr. Cotrel to submit 3 character letters after the deadline set forth in General Order 15-12.

Respectfully submitted this 27th day of February, 2017.

**KIMERER & DERRICK, P.C.**

/s/ Michael D. Kimerer
Michael D. Kimerer
Attorneys for Defendant Cotrel

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2017, I electronically transmitted the attached Motion to Late File Character Letters to the Clerk of the Court using the CM/ECF System for filing and a copy of the filing will be hand-delivered to:

Honorable Diane J. Humetewa
United States District Court Judge

Susan Narkevich
U.S. Federal Probation Officer

Gary M. Restaino
James R. Knapp
*Assistant United States Attorneys*

By: /s/ Melissa M. Wallingsford