UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-0879-01-PHX-DJH |
| Plaintiff, | |
| Vs. | **ORDER RE: DEFENDANT'S MOTION FOR LEAVE TO LATE FILE CHARACTER LETTERS** |
| GEORGE COTREL, | |
| Defendant. | |

Pursuant to Defendant's Motion for Leave to Late File Character Letters and with good cause appearing:

**IT IS ORDERED** granting the Defendant's Motion for Leave to Late File Character Letters;

**IT IS FURTHER ORDERED** accepting the character letters submitted at the time of the motion filing.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from __ to ___.

DONE IN OPEN COURT _____

_____
Honorable Diane J. Humetewa
United States District Court Judge