1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7            **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| United States of America, | No. CR-16-00879-001-PHX-DJH |
|        Plaintiff, | **ORDER** |
| v. | |
| George Cotrel, | |
|        Defendant. | |

Pursuant to Defendant's Motion for Leave to Late File Character Letters (Doc. 32) and finding good cause appearing,

**IT IS ORDERED** granting the Defendant's Motion for Leave to Late File Character Letters (Doc. 32).

**IT IS FURTHER ORDERED** accepting the three additional character letters submitted at the time of the motion filing.

The Court finds there is no excludable delay.

Dated this 28th day of February, 2017.

Honorable Diane J. Humetewa
United States District Judge