ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
JAMES R. KNAPP
Arizona State Bar No. 021166
Email: james.knapp2@usdoj.gov
GARY M. RESTAINO
Arizona State Bar No. 017450
Email: gary.restaino@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>           vs.<br><br> George Cotrel,<br><br>                    Defendant. | No. CR-16-0879-PHX-DJH<br><br>**GOVERNMENT'S NOTICE AS TO RESTITUTION** |

   The plea agreement in this matter required the payment of restitution no later than seven days after sentencing.  At the sentencing on Wednesday, March 1, 2017, the Court imposed restitution and ordered the parties to provide notice of the satisfaction of restitution by today.  To that end:

   1.  The Court imposed restitution in the amount of $30,000 (with $20,000 owed jointly and severally with a defendant in a District of Colorado case [CR14-401] and $10,000 owed separately) and a $100 special assessment.

   2.  Clerk of Court records confirm that the defendant in CR14-401, in the District of Colorado, has already satisfied the $20,000 restitution amount.  Accordingly, defendant Cotrel's separate requirement is $10,000 plus the $100 special assessment.

/ / /

/ / /

3. On Tuesday, March 7, 2017, defense counsel submitted a check for $10,100 to the Clerk of Court, and received a receipt in return. This satisfies defendant's restitution and other monetary penalties.

Respectfully submitted this 8th day of March, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

 *s/ Gary Restaino*

JAMES R. KNAPP
GARY M. RESTAINO
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Mike Kimerer

 *s/ Gary Restaino*
U.S. Attorney's Office