| ✎AO 435<br>AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|

| 1. NAME Toby Harnden | 2. PHONE NUMBER<br>202-213-3775 | 3. DATE 06/01/2017 |
|---|---|---|

**4. FIRM NAME** The Sunday Times

| 5. MAILING ADDRESS 6629 Old Chesterbrook Road | 6. CITY Mclean | 7. STATE VA | 8. ZIP CODE 22101 |
|---|---|---|---|

| 9. CASE NUMBER 2:16-cr-00879-DJH-1 | 10. JUDGE Diane J Humetawa | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 03/01/2017 | 12. 03/01/2017 |

| 13. CASE NAME USA vs Cotrel | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE AZ |

**16. ORDER FOR**

☐ APPEAL ☑ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☑ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☑ SENTENCING | 03/01/2017 | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST<br>COPY | # OF<br>ADDITIONAL<br>COPIES | DELIVERY INSTRUCTIONS<br>(Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 7 DAYS | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☑ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | E-MAIL ADDRESS<br>toby.harnden@sunday-times.co.uk |
|---|---|
| 19. SIGNATURE /s/Toby Harnden | **NOTE:  IF ORDERING MORE THAN ONE FORMAT,<br>THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE 06/01/2017 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY          PHONE NUMBER | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY